RECEIVED
IN ALEXANDRIA, LA
JUN 17 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RONALD L WASHINGTON | DOCKET NO. 1:05 CV 0268 |
| | SECTION P |
| VS. | JUDGE DEE D. DRELL |
| LARRY DEAN, ET AL. | MAGISTRATE JAMES D. KIRK |

### MEMORANDUM ORDER

Before the Court is a civil action filed pursuant to 42 U.S.C. § 1983, by *pro se* plaintiff, **RONALD L WASHINGTON** (Plaintiff). He is currently incarcerated at the Caddo Correctional Center ("CCC") in Shreveport, Louisiana. He was granted permission to proceed *in forma pauperis* on March 14, 2005. [Rec. Doc. 5].

Plaintiff is not entitled to proceed *in forma pauperis* in this action. Since 1993, he has filed numerous civil actions in the United States Federal Courts. Three (3) or more of these suits have been dismissed as frivolous in accordance with 28 U.S.C §1915(e).[1] 28 U.S.C. § 1915(g), also known as the three-strikes provision, precludes a prisoner from bringing a civil action in

---

[1] See Washington v. Dean 5:03 cv 1160 (W.D.La.), Doc. 5 detailing the frivolity history of this prisoner. According to 5:03 cv 1160 entry dated 8/26/03, Ronald L Washington was released from prison. Although Petitioner has a new prisoner number issued upon re-incarceration, 48534, his assertions of previously filed suits establish that this is the same prisoner, 45576, who accumulated 3 strikes. Specifically, Plaintiff asserts that he was the Plaintiff in Washington v. Prator, 5:02 cv 01553(W.D.La.) [Rec. Doc. 3, p.1] The prisoner number in 5:02 cv 01553 matches the prisoner number of the Ronald L Washington who accumulated three strikes. Plaintiff's three strikes include: Washington v. Falkenburg et al., 5:97 cv 0115; Washington v. Hathaway et al., 5:98 cv 2106; and Washington v. Prator et al., 5:01 cv 1911.

*forma pauperis* if on three or more prior occasions, while incarcerated or detained in any prison facility, the prisoner filed civil actions or appeals in federal court which were dismissed, either by a district court or appellate court, for being either frivolous, malicious, or for failing to state a claim. A prisoner who has sustained three dismissals qualifying under the three strikes provision may still pursue any claim, but he must do so without the aid of the *in forma pauperis* procedures. <u>Adepegba v. Hammons</u>, 103 F.3d 383, 387-88 (5th Cir.1996). The only exception, not applicable here, is for cases where the prisoner is "under imminent danger of serious physical injury." 28 U.S.C. §1915(g).

Because Plaintiff has now on three or more prior occasions had suits dismissed pursuant to 28 U.S.C §1915(e), and his claims do not fit within the exception, he is now barred from proceed *in forma pauperis* in this case, and must pay the full filing fee to proceed herein.

**Accordingly,**

**IT IS ORDERED** that the order granting him *in forma pauperis* [Rec. Doc. 5] is **VACATED**. If Plaintiff wants to proceed with this case he must pay the full $250.00 filing fee within twenty (20) days from the date of this order. Failure to pay the filing fee will result in the pleadings being **STRICKEN** from the record and this case closed.

**THIS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana, on this the 17th day of June, 2005.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE